IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDA TAYLOR                                                                                            PLAINTIFF

v.                            CASE NO:  4:14CV00303-JM

ASSOCIATION OF ARKANSAS COUNTIES                                       DEFENDANT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff and moves the court for an extension of time to respond to the motion for summary judgment and states:

1. On January 13, 2016, defendant filed a motion for summary judgment.

2. The time to file a response has not yet passed.

3. On January 29, 2016, plaintiff filed a voluntary notice of nonsuit pursuant to Fed. R. Civ. P. 41.

4. The plaintiff is awaiting entry of the Order of non-suit.

5. That given there is a pending voluntary notice of nonsuit, plaintiff asserts that this is good cause for the motion for extension to be granted.

6. This motion is not made for the purpose of delay but is in the best interest of justice.

7. In light of the foregoing, plaintiff requests an extension.

**WHEREFORE** the Plaintiff prays that the Motion be granted and for all other proper and just relief.

        Respectfully submitted,

        /s/Teresa Bloodman# 2005055
        Attorney for Plaintiff
        P.O. Box 13641
        Maumelle, AR  72113
        Telephone: (870) 550-1940
        teresabloodman@yahoo.com

CERTIFICATE OF SERVICE

I, Teresa Bloodman, hereby certify that on this 31st day of January 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record:

William Stuart Jackson
Regina A. Young
Attorneys for Defendant
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol, Suite 2300
Little Rock, AR  72201-3699
Telephone: (501) 371-0808
www.@wlj.com
ryoung@wlj.com         /s/Teresa Bloodman