IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDA TAYLOR                                                                                                PLAINTIFF

v.                                    CASE NO:  4:14CV00303-JM

ASSOCIATION OF ARKANSAS COUNTIES                                          DEFENDANT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff and moves the court for an extension of time to respond to the motion for summary judgment and states:

1. That plaintiff's response to the motion for summary judgment is due today at 5:00 p.m.

2. During the process of scanning the voluminous exhibits, to be filed electronically with the response, undersigned counsel is experiencing difficulties with her computer.

3. While she is in the process of trying to rectify her computer malfunction, she is compelled to ask for a brief extension in an abundance of caution.

4. Thus counsel requests that the deadline for her response to summary judgment be extended to February 17, 2016.

5. That this is good cause.

6. This motion is not made for the purpose of delay but is in the best interest of justice.

1

    7. In light of the foregoing, plaintiff requests an extension.

**WHEREFORE** the Plaintiff prays that the extension be granted until February 17, 2016 and for all other proper and just relief.

                              Respectfully submitted,

                              /s/Teresa Bloodman# 2005055
                              Attorney for Plaintiff
                              P.O. Box 13641
                              Maumelle, AR  72113
                              Telephone: (870) 550-1940
                              teresabloodman@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

I, Teresa Bloodman, hereby certify that on this 16 day of February 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record:

William Stuart Jackson
Regina A. Young
Attorneys for Defendant
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol, Suite 2300
Little Rock, AR  72201-3699
Telephone: (501) 371-0808
www.@wlj.com
ryoung@wlj.com                                            /s/Teresa Bloodman