IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDA TAYLOR                                                                                              PLAINTIFF

v.                                          4:14CV00303-JM

ASSOCIATION OF ARKANSAS COUNTIES                                             DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE